SIGAL CHATTAH
Acting United States Attorney
Nevada Bar Number 8264
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
Telephone: (775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK ALLISON,<br><br>Defendant. | Case No: 3:25-mj-146-CSD<br><br>CRIMINAL COMPLAINT<br><br><u>VIOLATION</u>:<br><br>Title 18 U.S.C.§§ 113(a)(3), 1151, 1152 – Assault with a Dangerous Weapon within Indian Country |

BEFORE the Honorable Craig S. Denney, United States Magistrate Judge, Reno, Nevada, the undersigned complainant being first duly sworn states:

<u>COUNT ONE</u>
Assault with a Dangerous Weapon within Indian Country
18 U.S.C.§§ 113(a)(3), 1151, 1152

On or about October 30, 2025, in the State and Federal District of Nevada, within the boundaries of the Elko Indian Colony, Indian Country of the United States,

DERRICK ALLISON,

1  defendant herein, did intentionally assault Victim-1 with a dangerous weapon, to wit: by

2  cutting and stabbing Victim-1, an Indian, with a sharp object, in violation of Title 18, United

3  States Code, Sections 113(a)(3), 1151 and 1152.

4          Complainant as a Special Agent with the Federal Bureau of Investigation states there

5  is probable cause to arrest the above-named defendant as set forth in the attached affidavit.

6  / / /

7

8  / / /

9

10  / / /

11

12  / / /

13

14  / / /

15

16  / / /

17

18  / / /

19

20  / / /

21

22  / / /

23

24  / / /

## AFFIDAVIT

I, Natalie Frye, Special Agent (SA) with the Federal Bureau of Investigation ("FBI"),

Las Vegas Division, Elko Resident Agency, being duly sworn, depose and state as follows:

1.  I am a special agent with the Federal Bureau of Investigation ("FBI") and have been
    employed as such since January 2010. I currently investigate matters concerning violent
    crimes as they occur within Indian Country. I have also investigated federal crimes
    related to drug trafficking, white-collar crimes, crimes against children, and crimes under
    the National Firearms Act. The statements contained in this affidavit are based upon
    my experience and background as a special agent. I have also conferred with other
    investigators about this investigation.

2.  The statements contained in this affidavit are based upon my experience and
    background as a special agent and on information provided by other agents, law
    enforcement officers, and witness interviews. Since this affidavit is being submitted for
    the limited purpose of securing an arrest warrant, I have not set forth every fact resulting
    from the investigation; rather, I have only set forth a summary of the investigation to
    date in order to establish probable cause to charge Derrick Allison in violation of 18
    U.S.C. §§ 113(a)(3), 1151, and 1152, Assault with a Dangerous Weapon within Indian
    Country, (hereinafter, collectively referred to the "Target Offense"). This affidavit does
    not contain all the facts of the investigation to date or all my knowledge as to this case.
    Unless stated otherwise, the facts and information contained in this affidavit are based
    on my personal knowledge, as well as that of other law enforcement officers involved in
    this investigation. Facts not asserted herein are not relied upon in this application.

## PROBABLE CAUSE STATEMENT

3. On October 30, 2025, at approximately 6:59 a.m., Elko County dispatch received a call from a female, Victim-1, who reported that she had been stabbed by Derrick Allison.

4. At approximately 7:33 a.m., BIA officer Dux Lopez arrived at 1828 Eagle Drive, Elko, Nevada 89801, known by Officer Lopez to be the residence of Allison. An Emergency Medical Service (EMS) team was also present at the scene. Officer Lopez entered the residence and located Victim-1 in the master bedroom. No other people were at or near the residence. Officer Lopez observed Victim-1 on the bed. Officer Lopez observed that Victim-1 had suffered wounds to her face and neck. Victim-1 was immediately transported to Northeastern Nevada Regional Hospital.

5. Officer Lopez observed blood on the bed and in the room in which he found Victim-1. Photos provided by Officer Lopez of Victim-1's injuries are depicted below:





6. Interviews with treating medics indicated that Victim-1 had suffered stab wounds to her face and neck.

7. After being transported to Northeastern Nevada Regional Hospital, Victim-1 was deemed to be in critical condition upon arrival. Victim-1 was treated for her injuries in the emergency room, and then life-flighted to the University of Utah Hospital. Victim-1's condition continued to be deemed critical at the University of Utah Hospital.

**JURISDICTION**

8.  The premises located at 1828 Eagle Drive, Elko, Nevada 89801 is within the exterior

    boundaries of the Te-Moak Elko Colony, Indian Country of the United States.  Victim-1

    is Native American and an enrolled member of the Te-Moak tribe.


Natalie Frye
Special Agent
Federal Bureau of Investigation


Sworn to me by reliable electronic means and signed by me pursuant to Fed. R.Crim.P.4.1
and 4(d) this 3rd day of November, 2025.


HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE