TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Attorneys for the United States*

FILED
NOV 13 2025
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY: _____ Deputy

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-cr-42-MMD-CSD |
| Plaintiff, | CRIMINAL INDICTMENT |
| vs. | VIOLATION: |
| DERRICK ALLISON, | 18 U.S.C. §§ 113(a)(3), 1151, and 1152 – Assault with a Dangerous Weapon Within Indian Country |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**Assault with a Dangerous Weapon Within Indian Country**
**(18 U.S.C. §§ 113(a)(3), 1151 and 1152)**

On or about October 30, 2025, in the State and Federal District of Nevada, within the boundaries of the Te-Moak Elko Indian Colony, Indian Country of the United States,

DERRICK ALLISON,

defendant herein, did intentionally assault Victim-1., an Indian, to wit: by cutting and

///

stabbing Victim-1 with a dangerous weapon, to wit, a sharp object, in violation of 18 U.S.C. §§ 113(a)(3), 1151, and 1152.

**DATED:** this 13th day of November, 2025

**A TRUE BILL:**

/s/
_____
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
First Assistant United States Attorney

PENELOPE J. BRADY
Assistant United States Attorney